## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDI CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **8:16CV44** |
| | ) | |
| METROPOLITAN COMMUNITY | ) | |
| COLLEGE, | ) | |
| a political subdivision of the State of | ) | **ORDER** |
| Nebraska and body corporate and politic, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Motion to Withdraw Filings 25, 26 and 27 (Defendant's Index of Evidence in Support of its Motion for Summary Judgment) and for Leave to Re-File the Index. (Filing No. 28). Defendant states the sections of its index were filed out of order and some attachments were incorrectly identified. The Court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Withdraw Filings 25, 26 and 27 (Filing No. 28) is granted. Defendant is granted leave to file the correct index of evidence *instanter*.

2. The Clerk of Court shall amend the docket to reflect that Filing Nos. 25, 26, and 27, are withdrawn.

**DATED: November 28, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**